# ROSE M. WEBER
## ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355



May 16, 2008

*Application Granted. However the extension is not to affect the remainder of the discovery time table. So Ordered May 19, 2008 Charles L. Brieant USDJ*

**BY FAX**
Honorable Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:   *Joseph Srikishun v. City of Yonkers, et al.,* 08 Civ. 0998 (CLB)

Your Honor:

Pursuant to the Scheduling Order "so ordered" by the Court on April 11, 2008, the complaint in the above-referenced matter was to have been amended by today's date. Unfortunately, defense counsel has not been able to provide me with the names of some of the police officers who were involved in the underlying incident. Accordingly, plaintiff respectfully requests, with defendants' consent, that the deadline to amend the complaint be extended by thirty days (i.e., until June 15, 2008). The proposed extension should not affect the remainder of the discovery timetable.

Thank you for your consideration of this request.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc:   Rory McCormick, Esq. (by fax)